UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:

*Yvonne D. Johnson*                   Case No. 15-42920
Debtor

### Withdrawal of Claim

The undersigned creditor, Westgate Vacation Villas, LLC, hereby withdraws Claim No. 13-1, filed by him with this court on 02/18/2016 in the amount of $14,622.00.

Date: March 14, 2016

_____
Maureen Husar, Legal Administrator

Cc: Molly C. Stojanov, Attorney at Law

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 21 2016
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 18 2016

JEFFREY P. ALLSTEADT, CLERK
MAILROOM - KG

**Fill in this information to identify the case:**

Debtor 1  YVONNE D JOHNSON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN   District of ILLINOIS
(State)

Case number  15-42920

Official Form 410
# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Identify the Claim

| 1. | Who is the current creditor? | **Westgate Vacation Villas, LLC** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| 2. | Has this claim been acquired from someone else? | ☑ No |
|---|---|---|
| | | ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Westgate Vacation Villas, LLC** Name | Name |
| | | **2801 Old Winter Garden Rd** Number  Street | Number  Street |
| | | **Ocoee FL 34761** City  State  ZIP Code | City  State  ZIP Code |
| | | Contact phone  **(407) 355-1004** | Contact phone |
| | | Contact email  **account_services@wgresorts.com** | Contact email |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one): |

| 4. | Does this claim amend one already filed? | ☑ No |
|---|---|---|
| | | ☐ Yes. Claim number on court registry (if known) _____  Filed on ___/___/_____  MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? |

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
- ☐ No
- ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __9__ __3__ __0__ __0__.

**7. How much is the claim?** $ __14,622.00__    Does this amount include interest or other charges?
- ☐ No
- ☑ Yes. Attach statement itemizing interest, fees, expenses or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

__Mortgage__

**9. Is all or part of the claim secured?**
- ☐
- ☑ The claim is secured by a lien on property.

**Nature of property:**
- ☑ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage *Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
- ☐ Motor vehicle
- ☐ Other. Describe: _____

**Basis for perfection:** __Mortgage__

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

| | |
|---|---|
| Value of property: | $ 10,900.00 |
| Amount of the claim that is secured: | $ 14,622.00 |
| Amount of the claim that is unsecured: | $ 0.00 |

(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ __6,684.68__

Annual Interest Rate (when case was filed) __14.99__ %
- ☑ Fixed
- ☐ Variable

**10. Is this claim based on a lease?**
- ☑ No
- ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
- ☑ No
- ☐ Yes. Identify the property: _____

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | Amount entitled to priority |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | | |
| | | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | | ☐ | Up to $2,775* of deposits toward purchase lease or rental of property or services for personal, family, or household use: 11 U.S.C. § 507(a)(7). | $ _____ |
| | | ☐ | Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | | ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/11/2016
MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Maureen Husar |
| | First name   Middle name   Last name |
| Title | Legal Administrator |
| Company | Westgate Resorts |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 2801 Old Winter Garden Rd |
| | Number   Street |
| | Ocoee FL 34761 |
| | City   State   ZIP Code |
| Contact phone | (407) 355-1004   Email   account_services@wgresorts.com |

THIS INSTRUMENT PREPARED BY:
LEONARD LUBART, ESQ.
GREENSPOON MARDER, P.A.
100 West Cypress Creek Road, #700
Fort Lauderdale, Florida 33309

9300

CFN 2012151179
Bk 4337 Pg 1757 (1 Pgs)
DATE: 10/19/2012 08:43:55 AM
MALCOM THOMPSON, CLERK OF COURT
OSCEOLA COUNTY
RECORDING FEES $10.00
DEED DOC $76.30
MTG DOC $34.65
INTANGIBLE $19.74

# WARRANTY DEED AND LIEN ON REAL PROPERTY
**Westgate Vacation Villas X**
DOCUMENTARY STAMP TAXES AND INTANGIBLE TAXES HAVE
BEEN PAID PURSUANT TO FLORIDA STATUTES, 199.133(1), 201.02(1) AND 201.02(2)
Parcel Identification No. R102527-3160-000A0110

THIS INDENTURE made this 28TH day of June, 2012, between
**Westgate Vacation Villas LLC, a Florida limited liability company**
whose post office address is 5601 Windhover Dr., Orlando, FL 32819
organized and existing under the laws of the State of Florida, hereinafter referred to as "Grantor" or
"Lender" as appropriate, and
**Christopher M Johnson**
**Yvonne D Johnson, Husband and Wife**

As Joint Tenants with Right of Survivorship
whose post office address is 4000 Westgate Blvd., Kissimmee, FL 34747 hereinafter referred to as "Grantee" or "Borrower" as appropriate.

WITNESSETH:
That the Grantor, in consideration of Ten ($10.00) Dollars and other good and valuable consideration to it paid by the Grantee, the receipt of which is acknowledged, has bargained and sold, and by these presents does grant, bargain, sell and convey unto the aforesaid Grantee, their heirs, devisees, successors and assigns, forever the following described property, (the "Property") situate and being in Osceola County, Florida:

**1/2 Time Share Interest(s) All Season - Float Week / Float Unit according to the Time Sharing Plan for Westgate Vacation Villas, Phase X, recorded in Official Records Book 927, at Page 2730, of the Public Records of Osceola County, Florida (the "PLAN").**
**Together with the right to occupy, pursuant to the Plan, Building(s) / Unit(s) / Unit Week(s) / Assigned Year(s), F/10 / 19 / EVEN**

**4000 Westgate Blvd., Kissimmee, FL 34747 (herein "Property Address")**

Grantee shall not be deemed a successor or assign of Grantor's rights or obligations under the afore described Declaration or any instrument referred to therein. Grantee, by acceptance hereof, and by agreement with Grantor, hereby expressly assumes and agrees to be bound by and to comply with all of the covenants, terms, conditions and provisions set forth and contained in the Declaration, including, but not limited to, the obligation to make payment for assessments or the maintenance and operation of the Resort which may be levied against the above described Time Share Interest, and the obligation to pay the indebtedness as described below, subject to the lien granted and reserved herein.

And the Grantor does hereby fully warrant the title to said property and will defend the same against lawful claims of all persons whomsoever, subject to easements, conditions, restrictions, covenants and limitations of record and taxes for the year of the conveyance and subsequent years.

Grantee as Borrower acknowledges that, in connection with this conveyance, Grantee has executed a Promissory Note (the "Note") in the amount of **Nine Thousand Eight Hundred Seventy-One Dollars & 94 Cents ($9,871.94)** providing for monthly installments of principal and interest, with the balance of the indebtedness, if not sooner paid, due and payable on **July 24, 2022**.

Grantee as Borrower does hereby further mortgage, grant and convey to Grantor as Lender, and Lender does hereby reserve unto itself, its successors and/or assigns, a lien and security interest in the Property in order to secure repayment of the Note. Notwithstanding the provisions of paragraph 19 of the Master Form of Mortgage and Riders and Addendums attached thereto, if any, recorded in Official Records Book 2525, at Page 1568, of the Public Records of Osceola County, Florida (the "Master Mortgage"), if the Borrower fails to make timely payments under the obligation secured by this mortgage, or is otherwise deemed in uncured default of this mortgage, the lien against the Borrower's Timeshare Interest created by this mortgage may be foreclosed in accordance with either a judicial foreclosure procedure or a trustee foreclosure procedure and may result in the loss of Borrower's Timeshare Interest. If the Lender initiates a trustee foreclosure procedure, the Borrower shall have the option to object, and the Lender may proceed only by filing a judicial foreclosure action. Lender and Borrower hereby expressly adopt and incorporate by reference as if fully set forth herein and hereby agree to be bound by the covenants and agreements contained in the Master Mortgage. The lien and security interest granted herein may be assigned by Lender by separate assignment of the lien and security interest created hereby. Notwithstanding anything contained herein to the contrary, this instrument shall be deemed one instrument consisting of both a conveyance of real property and the granting and reservation of a lien and security interest.

Signed, Sealed and Delivered in the Presence of:        Westgate Vacation Villas LLC, a Florida limited liability company

Print Name: _____

Print Name: Aracelida Monteiro
STATE OF FLORIDA  COUNTY OF ORANGE )

By: Westgate Resorts, Inc. a Florida corporation, Its Manager
By: _____
Name: David A. Siegel  Title: President

The foregoing instrument before me this 15TH day of August, 2012, by David A. Siegel.
He/She is personally known to me and who did/did not take an oath.

LISA M ALDERMAN
MY COMMISSION # DD991500
EXPIRES: May 13, 2014

Notary Signature and Seal

IN WITNESS WHEREOF, Borrower has executed this Mortgage.

GRANTEE/BORROWER Christopher M Johnson        GRANTEE/BORROWER Yvonne D Johnson

GRANTEE/BORROWER        GRANTEE/BORROWER

STATE OF FLORIDA, COUNTY OF Osceola)

The foregoing instrument was acknowledged before me this 28TH day of June, 2012, by
Christopher M Johnson and Yvonne D Johnson
He/she is personally known to me or has produced passport/driver's license as a type of identification.

118033

JONATHAN LONDONO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE202205
Expires 5/28/2016

Notary Signature and Seal
Expiration Date 5/28/2016

WRDS1A 03/12

# NOTE

300-

$ 9,871.94                                                                                          Kissimmee, Florida

FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay Westgate Vacation Villas LLC, a Florida limited liability company, or order, the principal sum of Nine Thousand Eight Hundred Seventy-One Dollars & 94 Cents Dollars ($9,871.94) with interest on the unpaid principal balance from the date of this Note, until paid, at the rate of 14.99 percent per annum. Principal and interest shall be payable at 5601 Windhover Drive, Orlando, FL 32819-7905, or such other place as the Note holder may designate, in consecutive monthly installments of One Hundred Sixty Dollars & 13 Cents Dollars ($160.13), on the 24TH day of each month beginning August, 2012 Such monthly installments shall continue until the entire indebtedness evidenced by this Note is fully paid, except that any remaining indebtedness, if not sooner paid, shall be due and payable on July 24, 2022 ("Maturity date"). In the event the first payment date is more than thirty (30) days after the date of this Note, all interest accruing from the 31st day after the date of this Note to the first payment date shall be deemed fully earned, due and payable provided, however, the amount of such accrued interest shall be added to the principal amount due and amortized over the term of the Note without interest, which amount is included in the monthly payment set forth above.

If any monthly installment under this Note is not paid when due and remains unpaid after a date specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon shall at once become due and payable at the option of the Note holder. The date specified shall not be less than thirty (30) days from the date such notice is mailed. The Note holder may exercise this option to accelerate during any default by Borrower regardless of any prior forbearance. If there is a default under this Note, the Note holder shall be entitled to collect all reasonable costs and expenses of collection, whether or not suit is brought, including, but not limited to, reasonable attorney's fees. While in default, this Note shall bear interest at the highest rate permitted by law.

Borrower shall pay to the Note holder a late charge of Twenty Five Dollars ($25.00) if any or a portion of any monthly installment is not received by the Note holder within ten (10) days after the installment is due.

Regular installments shall be applied first to interest, then to principal and then to late fees and costs.

Borrower may prepay the principal amount outstanding in whole or in part. The Note holder may require that any partial prepayments (i) be made on the date the monthly installments are due, and (ii) be in the amount of that part of one or more monthly installments which would be applicable to principal. Any partial prepayment shall be applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly installments or change the amount of such installments, unless the Note holder shall otherwise agree in writing.

Presentment, notice of dishonor, and protest are hereby waived by all markers, sureties, guarantors and endorsers, and shall be binding upon them and their successors and assigns.

Any notice to Borrower provided for in this Note shall be given by mailing such notice by certified mail addressed to Borrower at the Property Address stated below, or to such other address as Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address stated in the first paragraph of this Note, or at such other address as may have been designated by notice to Borrower.

It is the parties' express intent that this Agreement and the rights, duties and obligations of the parties hereto shall be governed by and construed in accordance with the laws of the State of Florida and, to the extent they preempt the laws of such state, the laws of the United States.

It is the express intent of the parties hereto that Lender does not intend or expect to charge or receive any amount in the nature of interest or which would be deemed or construed to be interest in excess of the maximum rate authorized by law. In the event any amount charged or received under this note is determined to be exceed the highest lawful rate, such excess is hereby waived and shall either be applied to the outstanding principal balance or refunded to the Maker to the extent such excess exceeds the remaining principal balance.

Each party hereto knowingly, voluntarily, and intentionally waives any right it may have to a trial by jury with respect to any litigation (including, but not limited to, any claims, cross-claims, counter-claims, or third party claims) arising out of, under, or in connection with this Agreement or between the parties to this Agreement, their affiliates, subsidiaries, successors, or assigns and irrespective of whether such litigation arises out of this Agreement, by statute, or as a matter of tort law, and the parties hereto expressly consent to a non-jury trial in the event of any of the foregoing.

All of the provisions set forth in this Note are a material inducement for Lender's entering into the transaction with Borrower.

The indebtedness evidenced by this Note is secured by a Mortgage, dated June 28, 2012 and reference is made to the Mortgage for rights as to acceleration of this indebtedness evidenced by this Note.

911 ASBURY DR
AURORA, IL 60502
USA

_____ (SEAL)
Christopher M Johnson

_____ (SEAL)
Yvonne D Johnson

_____ (SEAL)

_____ (SEAL)

Address
**UNIT(S) AND UNIT WEEK(S)**
F 10/19 E

Westgate Vacation Villas X                                                               WR005A 08/10

```
mrpayoff.rdf      Central Florida Investments, Inc.           02/11/2016


    Payoff Date :  21-DEC-15              Acct No :         300


                       Balance Due :   $      9,725.66
              Unused Mort Prot Ins :   $        285.16
Unused Individual Unemployment Ins :   $          0.00
                      Interest Due :   $      4,261.50
                      Payment Late :   $        950.00
                       Bank Charge :   $         20.00
                           C and E :   $          0.00
                                       ---------------------------------
              Total Mortgage Payoff :  $     14,672.00
       +----------------------------------------------------------+
       !    Maint. Taxes & Use Fees :  $      2,178.18            !
       +----------------------------------------------------------+
```

```
mr_payment_history                                          Date:   02/11/2016 09:06
                         Central Florida Investments
            MRPAYHIST ·Payment History for Contract #     '9300         Page:    1


Cust Id    Name                              Loc    Ph    T    Bldg   Unit   Wk
------     ------------------------------    ---    ---   ---  ----   ----   --
           JOHNSON CHRISTOPHER M              0     10    E     F      10    19
           JOHNSON YVONNE D
Address                                            Dates          Financial
-----------------------------------                ------------   -------------
C/O MOLLY C. STOJANOV,              WRITTN: 06/28/2012   PP:    10900.00
ATTORNEY AT LAW                     ORGNXT: 08/24/2012   DP:     1700.00
M.C. LAW GROUP, P.C.                NXTBIL: 02/24/2016   MP:      671.94 S
1256 W. JEFFERSON, SUITE            OCC-YR: 2014         IUI:       0.00
201                                 P-MADE: 4/120        AF:     9871.94
JOLIET, IL 60435                    NXTDUE: 12/24/2012   IR:       14.99
USA                                                      PA:      160.13
8157739222                   BD:      9725.66            CL:        0.00
                             EQ:     -2871.69
                   Contr-Origin: New Contract
                      Bank-Code: C CFI
                  Status/Detail: Open-Bkrupt
                    Status/Date: O 06/28/2012
                    Detail/date: B 12/31/2015
                      Type/Date: G 07/24/2012
                      Deed/Date: D 10/19/2012
                         Deeded: Batch# 137011
                     Owner Type: All Season

Doc #    Due Dt    Dt Paid    Total Am    Amt/ Prin   Interest M Pymt-ID   Mod DateT
-----    --------  --------   ---------   ---------   --------  - -------  ----------
DP0001   06/28/12  06/28/12     200.00      200.00      0.00 R             06/29/12C
DP0002   06/28/12  06/28/12     300.00      300.00      0.00 P  142        06/29/12C
DP0003   07/22/12  07/23/12    1200.00     1200.00      0.00 P             07/24/12C
E00004   07/22/12  07/23/12      89.00       89.00      0.00 P             07/24/12C
P        08/24/12  08/24/12     160.13       35.89    124.24 U             08/25/12C
P        09/24/12  09/24/12     160.13       36.34    123.79 U             09/25/12C
P        10/24/12  10/24/12     160.13       36.80    123.33 U             10/25/12C
P        11/24/12  11/24/12     160.13       37.25    122.88 U             11/25/12C
P        11/24/12  12/11/12    -160.13      -37.25   -122.88 U             12/13/12C
P        11/24/12  12/24/12     160.13       37.25    122.88 U             12/25/12C
P        11/24/12  01/02/13    -160.13      -37.25   -122.88 U             01/09/13C
P        11/24/12  01/02/13     160.13       37.25    122.88 V             01/09/13C
PL0013   12/04/12  01/02/13      25.00       25.00      0.00 V             01/03/13C
BC0012   12/12/12  01/02/13      20.00       20.00      0.00 V             01/03/13C
P        12/24/12  01/02/13    -160.13      -37.72   -122.41 V             01/09/13C
P        12/24/12  01/02/13     160.13       37.72    122.41 V             01/03/13C
```

```
mr_payment_history                                           Date:    02/11/2016 09:06
                         Central Florida Investments
        MRPAYHIST Payment History for Contract #       300          Page:       2


                      S U M M A R Y   O F   P A Y M E N T S

Description               Amt/ Princ         Interest              Total
------------------        -----------      -----------          -----------
Bank Charges                   20.00             0.00               20.00
Down Payment                1,700.00             0.00            1,700.00
Exchange Fee                   89.00             0.00               89.00
Mortgage Payment              146.28           494.24              640.52
Payment Late                   25.00             0.00               25.00
                          -----------      -----------          -----------
Payment Summary Totals:     1,980.28           494.24            2,474.52

                    S U M M A R Y   O F   O P E N   I T E M S

Doc #      Due Date       Tot Amoun      Amt/Princ     Interest  Days Due
-----      --------       ---------      ---------     --------  --------
P00009    12/24/2012        160.13          37.72       122.41     1144
BC0004    01/02/2013         20.00          20.00         0.00     1135
PL0010    01/03/2013         25.00          25.00         0.00     1134
P00010    01/24/2013        160.13          38.19       121.94     1113
PL0011    02/03/2013         25.00          25.00         0.00     1103
P00011    02/24/2013        160.13          38.67       121.46     1082
PL0012    03/06/2013         25.00          25.00         0.00     1072
P00012    03/24/2013        160.13          39.15       120.98     1054
PL0013    04/03/2013         25.00          25.00         0.00     1044
P00013    04/24/2013        160.13          39.64       120.49     1023
PL0014    05/04/2013         25.00          25.00         0.00     1013
P00014    05/24/2013        160.13          40.14       119.99      993
PL0015    06/03/2013         25.00          25.00         0.00      983
P00015    06/24/2013        160.13          40.64       119.49      962
PL0016    07/04/2013         25.00          25.00         0.00      952
P00016    07/24/2013        160.13          41.14       118.99      932
PL0017    08/03/2013         25.00          25.00         0.00      922
P00017    08/24/2013        160.13          41.66       118.47      901
PL0018    09/03/2013         25.00          25.00         0.00      891
P00018    09/24/2013        160.13          42.18       117.95      870
PL0019    10/04/2013         25.00          25.00         0.00      860
P00019    10/24/2013        160.13          42.71       117.42      840
PL0020    11/03/2013         25.00          25.00         0.00      830
P00020    11/24/2013        160.13          43.24       116.89      809
PL0021    12/04/2013         25.00          25.00         0.00      799
P00021    12/24/2013        160.13          43.78       116.35      779
PL0022    01/03/2014         25.00          25.00         0.00      769
P00022    01/24/2014        160.13          44.33       115.80      748
PL0023    02/03/2014         25.00          25.00         0.00      738
P00023    02/24/2014        160.13          44.88       115.25      717
PL0024    03/06/2014         25.00          25.00         0.00      707
P00024    03/24/2014        160.13          45.44       114.69      689
PL0025    04/03/2014         25.00          25.00         0.00      679
```

```
mr_payment_history                                          Date:    02/11/2016 09:06
                          Central Florida Investments
       MRPAYHIST  Payment History for Contract #       9300         Page:       3


                    S U M M A R Y   O F   O P E N   I T E M S

 Doc #      Due Date      Tot Amoun      Amt/Princ      Interest   Days Due
 -----     ----------     ---------     ----------     ---------   --------
 P00025    04/24/2014        160.13          46.01        114.12        658
 PL0026    05/04/2014         25.00          25.00          0.00        648
 P00026    05/24/2014        160.13          46.58        113.55        628
 PL0027    06/03/2014         25.00          25.00          0.00        618
 P00027    06/24/2014        160.13          47.17        112.96        597
 PL0028    07/04/2014         25.00          25.00          0.00        587
 P00028    07/24/2014        160.13          47.75        112.38        567
 PL0029    08/03/2014         25.00          25.00          0.00        557
 P00029    08/24/2014        160.13          48.35        111.78        536
 PL0030    09/03/2014         25.00          25.00          0.00        526
 P00030    09/24/2014        160.13          48.95        111.18        505
 PL0031    10/04/2014         25.00          25.00          0.00        495
 P00031    10/24/2014        160.13          49.57        110.56        475
 PL0032    11/03/2014         25.00          25.00          0.00        465
 P00032    11/24/2014        160.13          50.19        109.94        444
 PL0033    12/04/2014         25.00          25.00          0.00        434
 P00033    12/24/2014        160.13          50.81        109.32        414
 PL0034    01/03/2015         25.00          25.00          0.00        404
 P00034    01/24/2015        160.13          51.45        108.68        383
 PL0035    02/03/2015         25.00          25.00          0.00        373
 P00035    02/24/2015        160.13          52.09        108.04        352
 PL0036    03/06/2015         25.00          25.00          0.00        342
 P00036    03/24/2015        160.13          52.74        107.39        324
 PL0037    04/03/2015         25.00          25.00          0.00        314
 P00037    04/24/2015        160.13          53.40        106.73        293
 PL0038    05/04/2015         25.00          25.00          0.00        283
 P00038    05/24/2015        160.13          54.07        106.06        263
 PL0039    06/03/2015         25.00          25.00          0.00        253
 P00039    06/24/2015        160.13          54.74        105.39        232
 PL0040    07/04/2015         25.00          25.00          0.00        222
 P00040    07/24/2015        160.13          55.43        104.70        202
 PL0041    08/03/2015         25.00          25.00          0.00        192
 P00041    08/24/2015        160.13          56.12        104.01        171
 PL0042    09/03/2015         25.00          25.00          0.00        161
 P00042    09/24/2015        160.13          56.82        103.31        140
 PL0043    10/04/2015         25.00          25.00          0.00        130
 P00043    10/24/2015        160.13          57.53        102.60        110
 PL0044    11/03/2015         25.00          25.00          0.00        100
 P00044    11/24/2015        160.13          58.25        101.88         79
 PL0045    12/04/2015         25.00          25.00          0.00         69
 P00045    12/24/2015        160.13          58.98        101.15         49
 PL0046    01/03/2016         25.00          25.00          0.00         39
 P00046    01/24/2016        160.13          59.71        100.42         18
 PL0047    02/03/2016         25.00          25.00          0.00          8
                                         ----------
           Total Due:                      7,054.94
```

# WESTGATE RESORTS

03/14/2016

U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, IL 60604
USA

Re: Account # 9300

Debtor: Yvonne D. Johnson

Bldg.: F/Unit: 10/Week: 19

Case # 15-42920

Dear Sir or Madam:

Enclosed, please find an original and a copy of a Withdrawal of Proof of Claim to be filed, along with supporting documents for the above referenced owner at Westgate Vacation Villas, LLC. Also enclosed is a self-addressed envelope for the returned filed Withdrawal of Proof of Claim.

If you have any questions or concerns, please contact our office at 407-355-1004 or toll free at 1-888-999-0101 extension 51004.

Sincerely,

Westgate Vacation Villas, LLC.

Cc: Molly C. Stojanov, Attorney at Law